

William J. Pinilis
WPinilis@ConsumerFraudLawyer.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

September 29, 2021

**ORDER**

*VIA* ECF
The Honorable Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    Tiffany Toth Gray v. Delilah's Den of Toms River, 1640 Lakewood Road
              Associates, Inc. t/a Delilah's Den
              Case No.: 2:20-cv-07199
              File No.: 12218

Dear Judge Keil:

      This office represents Plaintiffs in the above referenced matter.

      As the Court is aware this matter is scheduled to have an in-person settlement conference on October 8, 2021. While I plan on attending in person for the conference, Plaintiffs representative with settlement authority resides in California. Additionally, Plaintiff, Irina Voronina, plans on attending the conference and is also located in California. As the Court can appreciate, in light of the on-going COVID-19 pandemic, it is ==requested that Plaintiffs' representative and Plaintiff attend the conference *via* Zoom and/or telephone.==

      Thank you for the Court's consideration to this request.

                                    Respectfully submitted,

                                    William J. Pinilis

WJP/js

cc:    Darren M. Pfeil, Esq.
       Daniel Pickett, Esq.

**The highlighted request is granted.
So Ordered.**

                */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J. Date:
September 30, 2021**